Joshua Swigart, Esq. (SBN: 225557)
Josh@westcoastlitigation.com
Kevin Lemieux, Esq (SBN: 225886)
kevin@westcoastlitigation.com
**Hyde and Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Other Attorneys of Record Listed on Signature Page]

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Patrick Cross, Individually and on behalf of All Others Similarly Situated,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**American Quality Remodeling, Inc. and Ziv Hajaj,**<br><br>        **Defendants.** | Case No.: 3:17-CV-01271-LAB-JLB<br><br>**CLASS ACTION**<br><br>**MOTION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>**HON. LARRY ALAN BURNS** |

Plaintiff Patrick Cross (referred to as "Plaintiff") hereby moves to dismiss the entire above entitled action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

Respectfully submitted,

Date: August 24, 2017					HYDE & SWIGART

						By:  s/Kevin Lemieux, Esq.
						     Kevin Lemieux
						     HYDE AND SWIGART, APC
						     *Attorneys for Plaintiff*

**Other Attorneys of Record, besides caption page:**

Abbas Kazerounian, Esq.  (SBN: 25283)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523